IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02668-LTB

TRAVIS HODSON,

     Plaintiff,

v.

DISTRICT COURT,
CATHERINE WALKER,
KAREN SALEZ,
JAMES R. HARTMAN,
KENNETH R. BUCK,
KEVIN NELAN,
JOHN COOKE,
ROBYN JUBA,
ESPERANZA ORTIZ,
GABE REIMER, and
THOMAS JAMES QUAMMEN,

     Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on December 13, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 13 day of December, 2012.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/ M.J. Garcia
Deputy Clerk